IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TIMOTHY JOSEPH MOLESKI               :
                    Plaintiff,

          v.                         :          CIVIL NO. 09-1111

ALAN L. ROSS
                    Defendant.       :

## **ORDER**


AND NOW, this 12th day of July, 2010, upon consideration of Defendant's Motion for

Summary Judgment (Doc. No. 18), Plaintiff's Response thereto (Doc. No. 20), and Defendant's

Reply to Plaintiff's Response (Doc. No. 25), it is hereby ORDERED and DECREED that

Defendant's Motion is GRANTED and Plaintiff's Complaint is DISMISSED WITH

PREJUDICE.


                                        BY THE COURT:



                                        /s/  C. Darnell Jones, II      J.